IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION

**UNITED STATES OF AMERICA**

vs.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:08cr8/MCR

**OSLER F. RIVAS**

_____/

### ORDER OF FORFEITURE

This matter is before the Court on the Motion for Order of Forfeiture filed by the United States of America. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on January 23, 2009, the United States of America filed an Indictment which included a forfeiture allegation pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853; and

WHEREAS, on May 9, 2008, Osler F. Rivas entered into a Plea and Cooperation Agreement in which he consented to the forfeiture of all proceeds or facilitating property as a result of his involvement in Counts 1 and 2.  The defendant, Osler F. Rivas, has consented to the entry of an order at his sentencing in the stipulated amount of $116,500.00 pursuant to his Plea and Cooperation Agreement; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment," it is hereby

**ORDERED, ADJUDGED and DECREED** that Osler F. Rivas shall forfeit to the United States of America the sum of $116,500.00 in U.S. currency.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the United States of America may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $116,500.00 to satisfy the money judgment in whole or in part.

**DONE AND ORDERED** this 2nd day of April, 2009

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**